G. CROSBY AND OTHERS V. J. D. LUM.

When there are several defendants, the citation served upon each must contain the names of all of them. If any of them be omitted, judgment by default is not valid.

ERROR from Liberty. Tried below before the Hon. J. M. Maxey.

No occasion to particularize the facts.

*E. B. Pickett*, for the plaintiffs in error.

No brief for the defendant in error.

OGDEN, J.—This suit was brought in the court below against three defendants, and judgment was rendered against all by default. The citation served upon each contained the name of the one defendant only upon whom the same was served. Such a citation is not a sufficient compliance with Article 1431, Paschal's Digest, as decided in the cases of Burleson v. Henderson, 4 Texas, 51; Anderson v. Brown, 16 Texas, 554; Battle v. Eddy, 31 Texas, 369, and Rogers v. Green, decided at the last term of this court, to support a judgment by default. The judgment is therefore reversed and the cause remanded.

REVERSED AND REMANDED.